# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OWEN HARTY** | : | **CIVIL ACTION** |
| v. | : | |
| **MAHASHANKAR LLC** | : | **NO. 18-4696** |

### O R D E R

**AND NOW, TO WIT:** This 27th day of October, 2021, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, and without costs.

**KATE BARKMAN**, Clerk of Court

BY: _/s/ Jean M. Pennie_
Jean M. Pennie
Deputy Clerk

Civ 2 (8/2000)
41(b).frm